RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8 / 15 / 13
BY Dm

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JESSIE JAMES WILLIAMS** | * | **CIVIL ACTION NO. 12-3015** |
| **VERSUS** | * | **JUDGE TOM STAGG** |
| **WARDEN, LOUISIANA STATE PENITENTIARY** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the petition for *habeas corpus* filed by Petitioner Jessie James Williams [doc. # 1] is **DENIED and DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 15th day of August, 2013, in Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE